SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**,
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| HOWARD RYDOLPH, | Case No.: 3:16-CV-05694-WHA |
|---|---|
| Plaintiff, | ~~STIPULATION TO DISMISS DEFENDANT ALLY FINANCIAL, INC.; PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    IT IS HEREBY STIPULATED by and between plaintiff Howard Rydolph and defendant Ally Financial Inc., that Ally Financial Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: January 18, 2017   Sagaria Law, P.C.

By:   */s/ Elliot W. Gale*
Elliot W. Gale
Attorneys for Plaintiff
Howard Rydolph

DATED: January 18, 2017   Severson & Werson APC

By:   */s/ Alisa Givental*
Alisa Givental
Attorneys for Defendant
Ally Financial Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Ally Financial Inc. is dismissed with prejudice as to plaintiff's claims only (i.e., without prejudice to any potential cross-claims that might possibly be asserted later by co-defendants against Ally Financial).

IT IS SO ORDERED.

DATED: January 19, 2017.

William H. Alsup
UNITED STATES DISTRICT JUDGE