SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD RYDOLPH**,** | Case No.: 3:16-CV-05694-WHA |
| Plaintiff, | ~~STIPULATION TO DISMISS DEFENDANT WEBBANK; PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Howard Rydolph and defendant WebBank, that WebBank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  January 18, 2017                    Sagaria Law, P.C.

                                            By:        /s/ Elliot W. Gale
                                                          Elliot W. Gale
                                            Attorneys for Plaintiff
                                            Howard Rydolph


DATED:  January 18, 2017                    Doll Amir and Eley LLP



                                            By:        /s/ Chelsea Diaz
                                                          Chelsea Diaz
                                            Attorneys for Defendant
                                            WebBank




I, Elliot Gale, am the ECF user whose identification and password are being used to file this

Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.

/s/ Elliot Gale



                             **[PROPOSED] ORDER**

        Pursuant to the stipulation of the Parties, Defendant WebBank is dismissed with

prejudice as to plaintiff's claims only (i.e., without prejudice to any potential cross-claims that

might possibly be asserted later by co-defendants against WebBank).

        IT IS SO ORDERED.

DATED:  January 19, 2017.                   _____

                                            William H. Alsup

                                            UNITED STATES DISTRICT JUDGE